UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SACHIN LNU, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 1:26-cv-11670-IT |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al., | * | |
| Respondents. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 16] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing; the court's subsequent grant of Petitioner's Motion to Enforce [Doc. No. 19] and order "that Petitioner be provided a new, constitutionally-adequate bond hearing before a different immigration judge by no later than September 4, 2026[,]" Elec. Order [Doc. No. 23]; and Respondents' Status Report [Doc. No. 25] indicating Petitioner was granted $20,000 bond by an Immigration Judge at a September 21, 2026 bond hearing and has since been released from custody after posting that bond, this case is CLOSED.

IT IS SO ORDERED.

October 7, 2026

/s/ Indira Talwani
United States District Judge